UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN G. PLUMB, | CASE NO. SACV 08-340 DOC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| A. HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 29, 2011

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge